```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ANDREW L. GRADMAN
    Special Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5

 6  Attorneys for the
     United States of America
 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )
                                   )  CASE NO. 1:12-CR-00252 AWI-DLB
12              Plaintiff,         )
                                   )  STIPULATION AND ORDER TO
13      v.                         )  ADVANCE STATUS CONFERENCE TO
                                   )  OCTOBER 1, 2012 AT 10:00am
14                                 )
    SOLOMON MARTINEZ-GARCIA,       )
15                                 )
                                   )
16              Defendant.         )
    _____)
17
```

18      IT IS HEREBY STIPULATED by and between the parties hereto

19  through their respective counsel, Andrew L. Gradman, Special

20  Assistant United States Attorney for Plaintiff, and James R.

21  Homola, Attorney for Defendant SOLOMON MARTINEZ-GARCIA, that the

22  Status Conference currently set for October 9, 2012, at 10:00 a.m.,

23  be advanced to October 1, 2012, at 10:00 a.m. for purposes of trial

24  setting.  Time has already been excluded through October 9, 2012.

25  Dated: September 27, 2012            BENJAMIN B. WAGNER
                                         United States Attorney
26

27                                  By: /s/ Andrew L. Gradman

28                                        1

```
                                        ANDREW L. GRADMAN
                                        Special Assistant U.S. Attorney


Dated: September 27, 2012               /s/ James R. Homola
                                        JAMES R. HOMOLA
                                        Attorney for Defendant
                                        SOLOMON MARTINEZ-GARCIA
```

   IT IS HEREBY ORDERED that the status conference scheduled for October 9, 2012, is advanced to October 1, 2012, at 10:00 a.m.

 IT IS SO ORDERED.

Dated:      September 27, 2012
                                        CHIEF UNITED STATES DISTRICT JUDGE